IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LORETTA HARVEY**                                            **PLAINTIFF**

v.                              No. 4:12-cv-213-DPM

**RELIABLE INSURANCE COMPANY**                           **DEFENDANT**

## JUDGMENT

Loretta Harvey's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2012